# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: agro | Date Created: 10/3/2019 |
| Case: 19–23860–GLT | Form ID: pdf900 | Total: 11 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
tr      Ronda J. Winnecour      cmecf@chapter13trusteewdpa.com
aty     Shawn N. Wright     shawn@shawnwrightlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Jeremiah D Yates        2100 Brady Place      Bethel Park, PA 15102
jdb         Kimberly R Yates        2100 Brady Place      Bethel Park, PA 15102
15133490    Capital One     P.O. Box 30281      Salt Lake City, UT 84130–0281
15133491    Capital One Auto Finance        3901 Dallas Parkway     Plano, TX 75093
15133492    Creditech       P.O. Box 99     Bangor, PA 18013
15133493    Ditech Mortgage     P.O. Box 6172       Rapid City, SD 57709
15133494    Internal Revenue Service        P.O. Box 7346       Philadelphia, PA 19101–7346
15133495    Portfolio Recovery      120 Corporate Blvd., Ste. 1     Norfolk, VA 23502

TOTAL: 8