IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

19-23860

| | | |
|---|---|---|
| In Re: **Jeremiah D. Yates** **Kimberly R. Yates** | : : : : Debtor : : | Bankruptcy No. Chapter **13** |
| **Jeremiah D. Yates** **Kimberly R. Yates** Movant | : : : : : : | Related to Document No. 1 |
| v. No Respondent | : : : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I,  **Shawn N. Wright**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Shawn N. Wright**
Signature
**Shawn N. Wright**
Typed Name
**7240 McKnight Road**
**Pittsburgh, PA 15237**
Address
**(412) 920-6565 Fax:(412) 226-5216**
Phone No.
**64103 PA**
List Bar I.D. and State of Admission

19-23860

Capital One
P.O. Box 30281
Salt Lake City, UT 84130-0281

Capital One Auto Finance
3901 Dallas Parkway
Plano, TX 75093

Creditech
P.O. Box 99
Bangor, PA 18013

Ditech Mortgage
P.O. Box 6172
Rapid City, SD 57709

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Portfolio Recovery
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502