**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−23860−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

   Jeremiah D Yates                                       Kimberly R Yates
   2100 Brady Place                                     2100 Brady Place
   Bethel Park, PA 15102                        Bethel Park, PA 15102

Social Security No.:
   xxx−xx−5121                                             xxx−xx−9344

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Shawn N. Wright | Ronda J. Winnecour |
| 7240 McKnight Road | Suite 3250, USX Tower |
| Pittsburgh, PA 15237 | 600 Grant Street |
| Telephone number: 412−920−6565 | Pittsburgh, PA 15219 |
| | Telephone number: 412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| December 9, 2019 | December 9, 2019 |
| 09:00 AM | 09:00 AM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 11/6/19                                                              BY THE COURT

                                                                                    Gregory L. Taddonio
                                                                                     Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-23860-GLT
Jeremiah D Yates                                                        Chapter 13
Kimberly R Yates
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro              Page 1 of 1           Date Rcvd: Nov 06, 2019
                              Form ID: rsc13          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2019.
```
db/jdb         +Jeremiah D Yates,    Kimberly R Yates,    2100 Brady Place,    Bethel Park, PA 15102-2120
15133492       +Creditech,    P.O. Box 99,    Bangor, PA 18013-0099
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2019 03:52:28      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 07 2019 03:49:58
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/Text: kburkley@bernsteinlaw.com Nov 07 2019 03:53:19      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 03:48:55
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15133490        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 07 2019 03:50:50      Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
15133491       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 07 2019 03:49:02
                 Capital One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
15137276       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 07 2019 03:49:02
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
15133493       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2019 03:51:54      Ditech Mortgage,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
15133494        E-mail/Text: cio.bncmail@irs.gov Nov 07 2019 03:51:53      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
15133495        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 03:50:40
                 Portfolio Recovery,    120 Corporate Blvd., Ste. 1,    Norfolk, VA 23502
15133817       +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 03:49:39      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Joint Debtor Kimberly R Yates shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Shawn N. Wright    on behalf of Debtor Jeremiah D Yates shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                              TOTAL: 6
```