# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** JEREMIAH D & KIMBERLY R YATES
- **Case Number:** 19-23860-GLT   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 06, 2020 09:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#2- Continued Confirmation of Plan Dated 10/2/2019 (N)
R / M #: 2 / 0

### Appearances:

- Debtor: Wright
- Trustee: Winnecour / (Pail) / Katz / DeSimone
- Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 4/9/20 at 9:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

**FILED**

FEB -6 2020

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

1/29/2020   3:32:12PM