Form RSC Conciliation (Reschedule Conciliation−COVID

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeremiah D Yates** | : | Case No. 19−23860−GLT |
| **Kimberly R Yates** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

### ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this ***The 31st of March, 2020***, due to the COVID−19 virus pandemic, the conciliation conference scheduled for April 9, 2020 is ***RESCHEDULED*** to ***6/25/20 at 01:30 PM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.***

Dated: March 31, 2020

cm: Debtor
    Counsel for Debtor

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 19-23860-GLT
Jeremiah D Yates Chapter 13
Kimberly R Yates
 Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: jhel Page 1 of 1 Date Rcvd: Mar 31, 2020
 Form ID: RSCcon3 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
db/jdb +Jeremiah D Yates,  Kimberly R Yates,  2100 Brady Place,  Bethel Park, PA 15102-2120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
 James Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
 Jeffrey R. Hunt   on behalf of Creditor   Municipality of Bethel Park/Bethel Park School District
  jhunt@grblaw.com,  cnoroski@grblaw.com
 Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
  jbluemle@bernsteinlaw.com
 Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
 Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
 S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
  Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
 Shawn N. Wright   on behalf of Joint Debtor Kimberly R Yates shawn@shawnwrightlaw.com,
  wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
 Shawn N. Wright   on behalf of Debtor Jeremiah D Yates shawn@shawnwrightlaw.com,
  wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
 TOTAL: 8