FILED
8/20/21 4:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JEREMIAH D & KIMBERLY R YATES
**Case Number:** 19-23860-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 19, 2021 09:00 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#52 - Trustee's Certificate of Default to Dismiss
+Affidavit by Debtor (#55)
R / M #: 52 / 0

### Appearances:

*Wright* [handwritten]

Debtor:
Trustee: Winnecour / Warmbrodt / Katz / (DeSimone) [DeSimone circled]

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/10/2021  1:30:56PM