# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)  Case No. 19-23860-GLT
JEREMIAH D YATES & )
KIMBERLY R YATES, )  Chapter 13
                 **Debtors.** )
_____ X  Related to Docket No. 77

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

    ☒    a motion to dismiss case or certificate of default requesting dismissal

    ☐    a plan modification sought by: _____

    ☐    a motion to lift stay
           as to creditor _____

    ☐    Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated 10/2/19
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

    ☒    Debtors Plan payments shall be changed from $3,223 to $4,614 per <u>month,</u> effective 7/23; and/or the Plan term shall be changed from ___ months to ____ months.

-1-

☐      In the event that Debtors fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtors and Debtors' Counsel a notice of default advising the Debtors that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtors fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐      Debtors shall file and serve _____ on or before _____.

☐      If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐      If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒      Other:
➢ Trustee's Certificate of Default (at Doc 72) is treated as resolved by this Order.
➢ *All plan payments must be by TFS, WA, or (where eligible) ACH. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods.*

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 22nd Day of June, 2023

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:                    Stipulated by:

/s/Shawn N. Wright                /s/Kate DeSimone
Counsel to Debtor                 Counsel to Chapter 13 Trustee


Stipulated by:


_____
Counsel to affected creditor


cc: All Parties in Interest to be served by Clerk

-4-

In re:                                             Case No. 19-23860-GLT

Jeremiah D Yates                         Chapter 13

Kimberly R Yates

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                      User: auto                                           Page 1 of 3

Date Rcvd: Jun 22, 2023                           Form ID: pdf900                             Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremiah D Yates, Kimberly R Yates, 2100 Brady Place, Bethel Park, PA 15102-2120 |
| 15133492 | + | Creditech, P.O. Box 99, Bangor, PA 18013-0099 |
| 15133493 | | Ditech Mortgage, P.O. Box 6172, Rapid City, SD 57709 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 23 2023 00:29:06 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 23 2023 00:23:00 | Municipality of Bethel Park/Bethel Park School Dis, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 23 2023 00:29:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 23 2023 00:23:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15449358 | + | Email/Text: ellie.bulin@gregoryfunding.com | Jun 23 2023 00:23:00 | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 230579, Tigard, OR 97281-0579 |
| 15133490 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2023 00:29:12 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15133491 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 23 2023 00:29:09 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 15137276 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 23 2023 00:29:12 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15168200 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 23 2023 00:23:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15133494 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2023 00:23:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15158508 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 23 2023 00:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15168945 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2023 00:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15173733 | + | Email/Text: ebnjts@grblaw.com | Jun 23 2023 00:23:00 | Municipality of Bethel Park, c/o Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15173734 | + | Email/Text: ebnjts@grblaw.com | Jun 23 2023 00:23:00 | Municipality of Bethel Park, GRB Law, c/o Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15173895 | + | Email/Text: ebnjts@grblaw.com | Jun 23 2023 00:23:00 | Municipality of Bethel Park/Bethel Park Sch. Dist., GRB Law, c/o Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15184844 | | Email/Text: mtgbk@shellpointmtg.com | Jun 23 2023 00:23:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15133495 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2023 00:29:06 | Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 15159660 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2023 00:29:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15133817 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 00:29:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Barclays Mortgage Trust 2021-NPL1 |
| cr | | Ditech Financial LLC |
| cr | | New Residential Mortgage LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15161294 | ## | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor New Residential Mortgage LLC cwohlrab@raslg.com cwohlrab@ecf.courtdrive.com |

Jeffrey R. Hunt
    on behalf of Creditor Municipality of Bethel Park/Bethel Park School District jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Jeremiah D Yates shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Joint Debtor Kimberly R Yates shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Stephen Russell Franks
    on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 amps@manleydeas.com

TOTAL: 10