# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

07/19/2024

IN RE:

| | |
|---|---|
| JEREMIAH D YATES | Case No.19-23860 GLT |
| KIMBERLY R YATES | |
| 2100 BRADY PLACE | Chapter 13 |
| BETHEL PARK,  PA  15102 | |
| XXX-XX-5121          Debtor(s) | |
| | |
| XXX-XX-9344 | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.


/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com


I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.


/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

7/19/2024

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**SYNCHRONY BANK\*\*** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY
C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  1851
PO BOX 41021 | |
| CLAIM:  0.00 |
NORFOLK, VA  23541 | COMMENT:  WALMART/PRAE |

---

**BERNSTEIN BURKLEY PC** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  NOTICE ONLY
601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.:
| CLAIM:  0.00 |
PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE |

---

**CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON** | Trustee Claim Number:3  INT %: 5.00% | CRED DESC:  VEHICLE
C/O AIS PORTFOLIO SERVICES LP | Court Claim Number:1 | ACCOUNT NO.:  6261
PO BOX 4360 | |
| CLAIM:  10,649.94 |
HOUSTON, TX  77210 | COMMENT:  $CL1GOV@TERMS/PL\*10500@5%/PL |

---

**BARCLAYS MORTGAGE TRUST 2021-NPL1 ET AL** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN
C/O GREGORY FUNDING LLC | Court Claim Number:5 | ACCOUNT NO.:  2697
PO BOX 742334 | |
| CLAIM:  0.00 |
LOS ANGELES, CA  90074-2334 | COMMENT:  PMT/DCLAR\*937.88@DITECH MTG/PL\*DKT4PMT-LMT\*BGN 11/19\*FR DITECH-DOC 3

---

**CREDITECH** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR
POB 99\* | Court Claim Number: | ACCOUNT NO.:
| CLAIM:  0.00 |
BANGOR, PA  18013 | COMMENT:  S HILLS RDLGY/SCH |

---

**INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR
CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:2-3 | ACCOUNT NO.:  9344
PO BOX 7317 | |
| CLAIM:  6,942.49 |
PHILADELPHIA, PA  19101-7317 | COMMENT:  CL2-2GOV\*9344/5121\*AMD |

---

**PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR
PO BOX 12914 | Court Claim Number:4 | ACCOUNT NO.:  3441Q
| CLAIM:  448.46 |
NORFOLK, VA  23541 | COMMENT:  CAP ONE |

---

**CAPITAL ONE\*\*** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY
6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:
| CLAIM:  0.00 |
CHARLOTTE, NC  28269 | COMMENT: |

---

**AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  NOTICE ONLY
ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.:
4515 N SANTA FE AVE DEPT APS | |
| CLAIM:  0.00 |
OKLAHOMA CITY, OK  73118 | COMMENT:  CAP 1 AUTO/PRAE |

---

**KML LAW GROUP PC\*** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  NOTICE ONLY
701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.:
| CLAIM:  0.00 |
PHILADELPHIA, PA  19106 | COMMENT:  DITECH/PRAE |

**CLAIM RECORDS**

---

| INTERNAL REVENUE SERVICE* | Trustee Claim Number:11 INT %: 5.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:2-3 | ACCOUNT NO.: 5121 |
| PO BOX 7317 | | |
| | CLAIM: 13,007.21 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT: CL2-2GOV*NO SEC/SCH-PL*AMD | |

---

| INTERNAL REVENUE SERVICE* | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
|---|---|---|
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:2-3 | ACCOUNT NO.: 9344 |
| PO BOX 7317 | | |
| | CLAIM: 14,101.30 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT: CL2-2GOV*9344/5121*NO PRI/SCH-PL*AMD | |

---

| BARCLAYS MORTGAGE TRUST 2021-NPL1 ET Al | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
|---|---|---|
| C/O GREGORY FUNDING LLC | Court Claim Number:5 | ACCOUNT NO.: 2697 |
| PO BOX 742334 | | |
| | CLAIM: 10,103.30 | |
| LOS ANGELES, CA  90074-2334 | COMMENT: CL5GOV*8500@DITECH MTG/PL*THRU 10/19*FR DITECH-DOC 30*FR NEW RES-DO | |

---

| JEFFERSON CAPITAL SYSTEMS LLC* | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:3 | ACCOUNT NO.: 2752 |
| | CLAIM: 1,282.10 | |
| CHICAGO, IL  60677-2813 | COMMENT: NT/SCH*FINGERHUT/BLUESTEM | |

---

| DUQUESNE LIGHT COMPANY(*) | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| ATTN. LITIGATION COUNSEL | Court Claim Number:6 | ACCOUNT NO.: 0292 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM: 1,589.45 | |
| PITTSBURGH, PA  15219 | COMMENT: NT/SCH | |

---

| MIDLAND FUNDING LLC | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:7 | ACCOUNT NO.: 5407 |
| PO BOX 2011 | | |
| | CLAIM: 875.14 | |
| WARREN, MI  48090 | COMMENT: NT/SCH*COMENITY/THE BUCKLE*JUDGMENT | |

---

| MUNICIPALITY OF BETHEL PARK (SWG) | Trustee Claim Number:17 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC-CURR & DELQ YRS | Court Claim Number:8 | ACCOUNT NO.: N205 |
| 102 RAHWAY RD | | |
| | CLAIM: 705.68 | |
| MCMURRAY, PA  15317 | COMMENT: 317-N-205;THRU 10/2/19*CL8GOV*NT/SCH-PL*WNTS 10%*W/18*GU BAR TIMELY | |

---

| MUNICIPALITY OF BETHEL PARK (SWG) | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC-CURR & DELQ YRS | Court Claim Number:8 | ACCOUNT NO.: N205 |
| 102 RAHWAY RD | | |
| | CLAIM: 114.25 | |
| MCMURRAY, PA  15317 | COMMENT: 317-N-205;THRU 10/2/19*NON%*CL8GOV*NT/SCH-PL*W/17*GU BAR TIMELY | |

---

| BETHEL PARK SD & MUNIC OF BETHEL PARK (E | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
|---|---|---|
| C/O JORDAN TAX SVC - DLNQ CLLCTR | Court Claim Number:9 | ACCOUNT NO.: 5121 |
| 102 RAHWAY RD | | |
| | CLAIM: 6,780.57 | |
| MCMURRAY, PA  15317 | COMMENT: 5121;10,11,16,17*CL9GOV*NT/SCH-PL*GU BAR TIMELY | |

---

| GRB LAW** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: PEOPLES/PRAE | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **NAVIENT SOLUTIONS LLC O/B/O ASCENDIUM EI** | Trustee Claim Number:21  INT %: 0.00% | CRED DESC:  UNSECURED/LATE FILED |
| C/O ASCENDIUM EDUCATION SOLUTIONS INC | Court Claim Number:10 | ACCOUNT NO.:  9344 |
| PO BOX 809142 | | |
| | CLAIM:  18,221.50 | |
| CHICAGO, IL  60680 | COMMENT:  NT/SCH | |