IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Jeremiah D. Yates                           :        Case No. 19-23860-GLT
Kimberly R. Yates                           :
       Debtor(s)                        :        Chapter 13
                                        :
Ronda J. Winnecour, Trustee                 :
       Movant(s)                        :        Related to Document 92
                                        :        Hearing: 10/9/24 at 2:00 p.m.
       vs.                              :
                                        :
Jeremiah D. Yates                           :
Kimberly R. Yates                           :
       Respondent(s)                    :

## CERTIFICATION OF NO OBJECTION REGARDING
## TRUSTEE'S ORAL MOTION TO DISMISS

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on August 30, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than September 20, 2024.

9/23/2024                         /s/ Ronda J. Winnecour
                                  Ronda J. Winnecour (PA I.D. #30399)
                                  Attorney and Chapter 13 Trustee
                                  U.S. Steel Tower – Suite 3250
                                  600 Grant Street
                                  Pittsburgh, PA  15219
                                  (412) 471-5566
                                  cmecf@chapter13trusteewdpa.com