**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JEREMIAH D YATES | Case No.:19-23860 GLT |
| KIMBERLY R YATES | |
| Debtor(s) | |
| | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1. The case was filed on 10/02/2019 and confirmed on 07/31/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

 2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 76,436.00 |
| Less Refunds to Debtor | 1,384.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 75,052.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 3,729.06 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,729.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   US BANK NA - INDENTURE TRUSTEE OBC | 0.00 | 52,922.28 | 0.00 | 52,922.28 |
|     Acct: 4757 | | | | |
|   US BANK NA - INDENTURE TRUSTEE OBC | 10,103.30 | 0.00 | 0.00 | 0.00 |
|     Acct: 4757 | | | | |
|   INTERNAL REVENUE SERVICE* | 13,007.21 | 0.00 | 2,241.93 | 2,241.93 |
|     Acct: 5121 | | | | |
|   MUNICIPALITY OF BETHEL PARK (SWG) | 705.68 | 0.00 | 197.45 | 197.45 |
|     Acct: N205 | | | | |
|   MUNICIPALITY OF BETHEL PARK (SWG) | 114.25 | 0.00 | 0.00 | 0.00 |
|     Acct: N205 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 10,649.94 | 10,649.94 | 1,311.34 | 11,961.28 |
|     Acct: 6261 | | | | |
| | | | | 67,322.94 |
| Priority | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEREMIAH D YATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-23860 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| JEREMIAH D YATES | 1,384.00 | 1,384.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAWN N WRIGHT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 14,101.30 | 0.00 | 0.00 | 0.00 |
| Acct: 9344 | | | | |
| BETHEL PARK SD & MUNIC OF BETHEL PA | 6,780.57 | 0.00 | 0.00 | 0.00 |
| Acct: 5121 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 6,942.49 | 0.00 | 0.00 | 0.00 |
| Acct: 9344 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 448.46 | 0.00 | 0.00 | 0.00 |
| Acct: X441Q | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,282.10 | 0.00 | 0.00 | 0.00 |
| Acct: 2752 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 1,589.45 | 0.00 | 0.00 | 0.00 |
| Acct: 0292 | | | | |
| MIDLAND FUNDING LLC | 875.14 | 0.00 | 0.00 | 0.00 |
| Acct: 5407 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O ASCEND | 18,221.50 | 0.00 | 0.00 | 0.00 |
| Acct: 9344 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1851 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| TOTAL PAID TO CREDITORS | | | | 67,322.94 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 20,881.87 |
| SECURED | 34,580.38 |
| UNSECURED | 29.359.14 |

Date: 11/06/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com